```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/28/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

JHON SEBASTIAN VALLEJO-UREA,
a/k/a "Sebastian,"

                            Defendant.

21 Cr. 413 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The Court shall hold an initial conference in this matter on **November 15, 2022**, at **3:00 p.m.** in **Courtroom 15D** of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

      It is further ordered that time until November 15, 2022, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), because the ends of justice served by excluding such time outweigh the interests of the public and Defendant in a speedy trial.

      SO ORDERED.

Dated: October 28, 2022
       New York, New York

_____
ANALISA TORRES
United States District Judge