```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/29/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

JHON SEBASTIAN VALLEJO-UREA,
a/k/a "Sebastian,"

Defendant.

21 Cr. 413 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The trial scheduled for April 10, 2023, is ADJOURNED *sine die.* By **April 19, 2023**, the parties shall submit blackout dates for trial covering the third and fourth quarters of 2023.

    SO ORDERED.

Dated: March 29, 2023
       New York, New York

_____
ANALISA TORRES
United States District Judge