USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _7/3/2023_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

JHON SEBASTIAN VALLEJO-UREA,
a/k/a "Sebastian,"

                         Defendant.

21 Cr. 413 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The conference scheduled for July 11, 2023, is ADJOURNED to **September 12, 2023**, at **1:00 p.m.**

      It is further ordered that time until September 12, 2023, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), because the ends of justice served by excluding such time outweigh the interests of the public and Defendant in a speedy trial in that this will allow the parties to reach a potential pretrial disposition of this matter.

      SO ORDERED.

Dated: July 3, 2023
       New York, New York

_____
ANALISA TORRES
United States District Judge