USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _7/10/2024_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

JHON SEBASTIAN VALLEJO-URREA,

Defendant.

21 Cr. 413-1 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The conference scheduled for July 16, 2024, is ADJOURNED to **October 15, 2024**, at **10:20 a.m.**

It is further ordered that time until October 15, 2024, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), because the ends of justice served by excluding such time outweigh the interests of the public and Defendant in a speedy trial in that this will allow the parties to continue discussing a potential pretrial disposition of this matter.

SO ORDERED.

Dated: July 10, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge